UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| JESSICA MARIE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 5:17-cv-00340-JMH |
| | ) | |
| | ) | **JUDGMENT** |
| VIRGIL RUCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*

Consistent with the Court's Memorandum Opinion and Order dated today, **IT IS ORDERED** as follows:

(1) That judgment is **ENTERED** in favor of Defendant;

(2) That all claims are **DISMISSED WITH PREJUDICE;**

(3) That all deadlines and scheduled proceedings are **CONTINUED GENERALLY;**

(4) All pending motions or requests for relief are hereby **DENIED AS MOOT;**

(5) This matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket;

(6) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**

This the 3rd day of April, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge